**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| ELK PETROLEUM, INC., | : | Case No. 19-11157 (LSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF PREFERRED |
| Debtor. | : | EQUITY SECURITY HOLDERS |

----------------------------------

Pursuant to Section 1102(a)(1) of the U.S. Bankruptcy Code, I hereby appoint the following persons to the Committee of Preferred Equity Security Holders in connection with the above-captioned case:

1. LIM Asia Special Situations Master Fund Limited, c/o LIM Advisors Limited, Attn: George Long/Andrew Hardacre, 19/F Ruttonjee House, 11 Duddell Street, Central, Hong Kong; Tel:+852 2533 0922/+852 2533 0982; Fax:+852 2533 0951.

2. Fulcrum Energy Capital Fund 11, LLC; Attn: Brad Morse, 410 17th Street, Suite 1110, Denver, CO 80202; Tel: 720-328-5070; Fax: 303-592-1013.

3. ACR Multi-Strategy Quality Return Fund, a Series of Investment Management Series Trust II, a Delaware Statutory Trust c/o ACR Alpine Capital Research, LLC, Attn: Mark Unferth/Ryan Linkul, 8000 Maryland Avenue, #700, St. Louis, MO 63105; Tel: 314-932-7600; Fax: 314-932-1111.

**ANDREW R. VARA**
**Acting United States Trustee, Region 3**

*/s/Richard L. Schepacarter for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 19, 2019

U.S. Trustee Trial Attorney: Richard L. Schepacarter, Esquire; Phone: (302)573-6491; Fax: (302)573-6497.
Debtor's Counsel: Matthew P. Ward, Esquire; Phone: (302)252-4320; Fax: (302)252-4330.